1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10
11  MANTIC ASHANTI'S CAUSE, SUING  ) Case No. 06-CV-0746-BEN (JMA)
    ON BEHALF OF THEODORE A.       )
12  PINNOCK AND ITS MEMBERS, et    ) **ORDER SCHEDULING TELEPHONIC**
    al.,                           ) **CASE MANAGEMENT CONFERENCE**
13                                 )
              Plaintiff,           )
14                                 )
    v.                             )
15                                 )
    MARY MICHLIN dba WORLD ART,    )
16  etc.,                          )
                                   )
17            Defendants.          )
                                   )
18

19       A telephonic Case Management Conference was held on

20  September 15, 2006 at 4:00 p.m.[1]

21       After conferring with counsel for the parties, **IT IS HEREBY**

22  **ORDERED** that:

23       1.   All parties and counsel shall meet at the subject

24  ─────────────

25  [1] While Plaintiff has settled his claims against Bay Investment
    Company, Defendant Michlin has filed a cross-claim against Bay
26  Investment Company. Counsel for Bay Investment Company did not
    participate in the Case Management Conference because it contends it
27  has not been served with the cross-claim filed by Defendant Michlin.
    Counsel for Defendant Michlin stated during the Case Management
28  Conference that service of the cross-claim was effected on September
    5, 2006 by means of service upon Bay Investment's registered agent for
    service of process.

premises **prior to October 26, 2006**. The Court has instructed counsel for Defendant Michlin to inform counsel for Bay Investment Company of the Court's order.  During the on-site meeting, counsel shall discuss the specific issues on the subject premises which are the basis of the claimed violations under the Americans with Disabilities Act along with all other issues necessary to achieve a settlement of the case in its entirety.

    2.   A telephonic Case Management Conference shall be held on **October 26, 2006** at **9:00 a.m.**  Counsel for each party shall appear telephonically at this conference. The Court will initiate the conference call.

DATED:   September 15, 2006

                                                              Jan M. Adler
                                                               U.S. Magistrate Judge