UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANTIC ASHANTI'S CAUSE, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS, et al., <br><br> Plaintiff, <br><br> v. <br><br> MARY MICHLIN dba WORLD ART, etc., <br><br> Defendants. | Case No. 06-CV-0746-BEN (JMA) <br><br> **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

   A telephonic Case Management Conference was held on October 26, 2006 at 9:30 a.m. Counsel for the parties appeared telephonically at the conference.

   After conferring with counsel for the parties, **IT IS HEREBY ORDERED** that:

   1. On or before <u>October 30, 2006</u>, counsel for Plaintiff shall provide a copy of the photograph discussed during the conference to counsel for Defendant Mary Michlin.

   2. On or before <u>November 2, 2006</u>, counsel for Defendant Mary Michlin shall consult with their client and respond to

1 | Plaintiff's current settlement demand.
2 |     3.   A telephonic Case Management Conference shall be held
3 | on **November 6, 2006** at **11:00 a.m.**  Counsel for each party shall
4 | appear telephonically at this conference. The Court will initiate
5 | the conference call.
6 |
7 | DATED:   October 26, 2006
8 |                                    _____
9 |                                    Jan M. Adler
  |                                    U.S. Magistrate Judge