UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANTIC ASHANTI'S CAUSE, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS, et al.,<br><br>  Plaintiff,<br><br>v.<br><br>MARY MICHLIN dba WORLD ART, etc.,<br><br>  Defendants. | Case No. 06-CV-0746-BEN (JMA)<br><br>**ORDER CONTINUING SETTLEMENT DISPOSITION CONFERENCE** |

At the request of the parties, the Settlement Disposition Conference, currently scheduled to be held on December 7, 2006 at 4:00 p.m., is hereby VACATED. Instead, the Settlement Disposition Conference will take place on **December 28, 2006** at **4:00 p.m.** in the chambers of Magistrate Judge Adler unless a signed stipulation for dismissal is submitted to the Court, *and a "Received" stamped copy is delivered directly to Magistrate Judge Adler's chambers in person or by facsimile at (619) 702-9939*, prior to that time. If a copy of a signed stipulation for dismissal cannot be provided to the chambers of Magistrate Judge Adler on

or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before the date indicated above to explain the reasons therefor. Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED.**

DATED: December 5, 2006

_____
Jan M. Adler
U.S. Magistrate Judge