UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANTIC ASHANTI'S CAUSE, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS, et al., <br><br>             Plaintiff, <br><br> v. <br><br> MARY MICHLIN dba WORLD ART, etc., <br><br>             Defendants. | Case No. 06-CV-0746-BEN (JMA) <br><br> **ORDER AFTER TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On January 3, 2007, after the parties failed to appear for the Settlement Disposition Conference on December 28, 2006, the magistrate judge held an unscheduled telephonic Case Management Conference in the above-entitled matter. After discussion with counsel for Plaintiff and Defendant/Cross-Claimant Mary Michlin dba World Art only,[1] the Court ORDERS the following:

Not later than January 12, 2007, the parties shall: (a) file a joint motion for dismissal with the Court and e-mail a separate

---

[1] Counsel for Cross-Defendant Bay Investment Co., LLC was not available to participate in the conference call on short notice due to a previously scheduled deposition.

proposed order for dismissal to the district judge's e-mail address,[2] or (b) Plaintiff shall file a motion to dismiss the action before the district judge. If the parties/Plaintiff fail to accomplish the above, the Court will issue an order for Rule 26 compliance, and the case will proceed in litigation.

<u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED.**

DATED: January 3, 2007

_____
Jan M. Adler
U.S. Magistrate Judge

---

[2] <u>See</u> Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.