|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | SOUTHERN DISTRICT OF CALIFORNIA |

```
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MANTIC ASHANTI'S CAUSE, SUING   )   Case No. 06-CV-0746-BEN (JMA)
ON BEHALF OF THEODORE A.        )
PINNOCK AND ITS MEMBERS, et     )   ORDER REGARDING FURTHER
al.,                            )   SETTLEMENT DISPOSITION
                                )          CONFERENCE
            Plaintiff,          )
                                )
v.                              )
                                )
MARY MICHLIN dba WORLD ART,     )
etc.,                           )
                                )
            Defendants.         )
                                )
```

After receiving a report regarding the status of settlement from counsel, the Court **ORDERS** that counsel must personally appear for a Settlement Disposition Conference on **January 24, 2007** at **11:30 a.m.** in the chambers of Magistrate Judge Adler unless the parties file their joint motion for dismissal and e-mail to the district judge's chambers a proposed order for dismissal of the case before that date.

DATED: January 12, 2007

Jan M. Adler
U.S. Magistrate Judge

06cv746BEN(JMA)