# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANTIC ASHANTI'S CAUSE, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,**<br>　　　　　　　　　**Plaintiffs,**<br>　　v.<br><br>**MARY MICHLIN d.b.a. WORLD ART; BAY INVESTMENT CO., LLC; And DOES 1 THROUGH 10, Inclusive**<br>　　　　　　　　　**Defendants.** | **Case No.: 06cv0746 BEN (JMA)**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND DISMISS WITH PREJUDICE THE CROSS-COMPLAINT.**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** that Defendants MARY MICHLIN d.b.a. WORLD ART and BAY INVESTMENT CO., LLC are dismissed with prejudice from Plaintiffs' Complaint, Case Number: 06cv0746 BEN (JMA). Plaintiffs' Complaint is also dismissed with prejudice in its entirety. Additionally, the cross-complaint of cross-complainant MARY MICHLIN d.b.a. WORLD ART against cross-defendant BAY INVESTMENT CO., LLC is dismissed with prejudice. Finally, the parties shall each bear their own attorney fees and costs.

**IT IS SO ORDERED.**

DATED: January 22, 2007

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　06cv0746 BEN (JMA)